**E-Filed 12/30/05**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JACK SHIEH,<br><br>               Plaintiff,<br><br>    v.<br><br>KUMON NORTH AMERICA, INC.,<br><br>               Defendant. | Case Number C 05-5285 JF (HRL)<br><br>ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE |

Plaintiff Jack Shieh ("Shieh") and Defendant Kumon North America, Inc. ("Kumon"), submitted a joint stipulation on December 30, 2005. The Court approves the terms agreed to by the parties, by which they agree to maintain the status quo until the Court reaches a decision on Shieh's ex parte application for a temporary restraining order and order to show cause re preliminary injunction. This matter is scheduled for hearing at 9:00 am on Friday, January 6, 2006. Shieh may file a reply to Kumon's opposition not later than January 4, 2005 at 5:00 pm.

    IT IS SO ORDERED.

DATED: December 30, 2005

                                                    /s/ electronic signature authorized
                                                    JEREMY FOGEL
                                                    United States District Judge

1 | Copies of Order served on:

2 | Michael Mayron    mmayron@hinklelaw.com, acarlson@hinklelaw.com

3 | Charles G. Miller    cmiller@bztm.com, pbrown@bztm.com

4 | C. Griffith Towle    gtowle@bztm.com

5 |

6 | Albie Jachimowicz
  | Hinkle Jachimowicz & Pointer
7 | 2007 W. Hedding Street, Suite 100
  | San Jose, CA 95128
8 |

9 | Braid Pezzaglia
  | Hinkle Jachimowicz & Pointer
10 | 2007 W. Hedding St.
   | Suite 100
11 | San Jose, CA 95128

12–28

2

Case No. C 05-5285 JF (HRL)
ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE
(JFLC1)