Charles G. Miller, State Bar No. 039272
C. Griffith Towle, State Bar No. 146401
Kerry L. Duffy, State Bar No. 233160
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant
KUMON NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK SHIEH,<br><br>    Plaintiff,<br><br>v.<br><br>KUMON NORTH AMERICA, INC., and Does 1 through 10,<br><br>    Defendant. | Case No. C05-05285 JF<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties hereto through their counsel of record that, the parties having fully resolved this matter, this action shall be dismissed pursuant to Rule 41(a)(1).

Dated: April 18, 2006

HINKLE, JACHIMOWICZ, POINTER & MAYRON

By: _____
Braid Pezzaglia
Attorneys for Plaintiff JACK SHIEH

Dated: April 18, 2006

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By: _____
Charles G. Miller, Attorneys for Defendant
KUMON NORTH AMERICA, INC.

5/2/06 IT IS SO ORDERED.   JUDGE JEREMY FOGEL

-1-

Charles G. Miller, State Bar No. 039272
C. Griffith Towle, State Bar No. 146401
Kerry L. Duffy, State Bar No. 233160
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant
KUMON NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JACK SHIEH, | Case No. C05-05285 JF |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| KUMON NORTH AMERICA, INC., and Does 1 through 10, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their counsel of record that, the parties having fully resolved this matter, this action shall be dismissed pursuant to Rule 41(a)(1).

Dated: April 18, 2006

HINKLE, JACHIMOWICZ, POINTER & MAYRON

By: _____
    Ernest Pezzaglia
    Attorneys for Plaintiff JACK SHIEH

Dated: April 18, 2006

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By: _____
    Charles G. Miller, Attorneys for Defendant
    KUMON NORTH AMERICA, INC.

-1-

PROOF OF SERVICE BY MAIL

I, Barbara J. Sage, the undersigned, hereby certify and declare:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

3. My business address is 900 Front Street, Suite 300, San Francisco, California 94111.

4. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail; and know that postage thereon is fully prepaid.

5. Following said practice, on April 18, 2006, I served a true copy of the attached document(s) titled exactly **STIPULATION FOR DISMISSAL** by placing the same in an addressed, sealed envelope and depositing it in the regularly maintained interoffice mail addressed to the following:

Albie Jachimowicz, Esq.
Braid Pezzaglia, Esq.
Hinkle Jachimowicz Pointer & Mayron
2007 West Hedding Street, Suite 100
San Jose, CA  95128

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 18, 2006 at San Francisco, California.

_____
Barbara J. Sage

1.